## HAYES v. CARROLLTON BANK.

ATKINSON, J.  There being no error of law complained of, and the evi-
dence being sufficient to support the verdict, the judgment refusing a
new trial is　　　　　　　　　　　*Affirmed.  All the Justices concur.*
　　　　　　　　　　　　　　JUNE 25, 1915.

The description of this case, and the names of counsel, are the
same as in the next preceding case.

---

## BELCHER v. KELLY et al.

ATKINSON, J.　1. Assignments of error not referred to in the brief of
counsel for the plaintiff in error will be treated as abandoned.
2. The evidence was sufficient to authorize a finding that the applicants
were entitled to a private way by prescription over the land of the
defendant.
3. Several persons, as individuals, instituted a summary proceeding under
the Civil Code, § 825, for the removal of obstructions from an alleged
private way through the land of the defendant to a designated Masonic
hall.  The fact that they described themselves as members of the Ma-
sonic lodge would not make the lodge a party plaintiff to the proceed-
ing; and the further fact that the petitioners did not constitute a ma-
jority of the members, and that other members did not desire such
obstructions removed, was not cause for reversal of the judgment of the
ordinary directing them to be removed.
4. The fact that the deed under which the defendant held from a third
person recited that a private way through the land was reserved would
not show that the ordinary was without jurisdiction to preside in the
summary proceeding for the removal of obstructions from the alleged
prescriptive private way claimed by the plaintiffs under the Civil Code,
§ 825, which was construed, in *Holloway* v. *Birdsong*, 139 *Ga.* 316 (77
S. E. 146), to be applicable only in cases of private ways by prescription.
5. There was no error in refusing to grant the writ of certiorari.
　　　　　　　　　　　　　*Judgment affirmed.  All the Justices concur.*
　　　　　　　　　　　　　JUNE 18, 1915.

Certiorari.  Before Judge Daniel.  Fayette superior court.  Jan-
uary 16, 1914.

*Lester C. Dickson* and *J. F. Golightly,* for plaintiff in error.
*J. W. Culpepper,* contra.